UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RENEE MEDINA, et al.,<br><br>　　　　Defendants. | 1:13-cv-00210-GSA-PC<br><br>ORDER FOR PLAINTIFF TO NOTIFY THE COURT OF HIS INTENTIONS<br><br>THIRTY DAY DEADLINE |

**I.　BACKGROUND**

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on February 8, 2013.  (Doc. 1.)  On February 21, 2013, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.  (Doc. 5.)

On May 16, 2014, the court issued an order dismissing Plaintiff's Second Amended Complaint for failure to state a claim, with leave to amend within thirty days.  (Doc. 13.)  On May 29, 2014, Plaintiff filed the Third Amended Complaint.  (Doc. 16.)  On June 4, 2014, Plaintiff submitted another Third Amended Complaint, which was lodged by the Clerk.  (Doc. 17.)  On June 11, 2014, Plaintiff submitted still another Third Amended Complaint, which was lodged by the Clerk.  (Doc. 18.)

Plaintiff has now submitted three Third Amended Complaints, each different from the other.  The court granted Plaintiff leave to file only one Third Amended Complaint.  At this stage of the proceedings, Plaintiff requires leave of court to amend the complaint.  Before submitting an amended complaint, Plaintiff must first file a motion for leave to amend, indicating which parts of the complaint he seeks to amend and why the amendment is needed.  Plaintiff did not file a motion to amend and therefore, the Third Amended Complaints lodged on June 4, 2014 and June 11, 2014, were improperly submitted.

Plaintiff shall be required to notify the court of his intentions and how he wishes to proceed.

## II.  ORDER

In light of the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, Plaintiff shall notify the court in writing of his intentions in submitting three Third Amended Complaints, and how he wishes to proceed; and
2. Plaintiff's failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 16, 2014**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE