UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>             Plaintiff,<br><br>       vs.<br><br>RENEE MEDINA, et al.,<br><br>             Defendants. | 1:13-cv-00210-GSA-PC<br><br>ORDER IN RESPONSE TO PLAINTIFF'S NOTICE TO THE COURT<br>(Doc. 20.)<br><br>ORDER STRIKING THIRD AMENDED COMPLAINTS FILED ON MAY 29, 2014 AND LODGED ON JUNE 4, 2014<br>(Docs. 16, 17.)<br><br>ORDER FOR CLERK TO FILE THIRD AMENDED COMPLAINT LODGED ON JUNE 11, 2014<br>(Doc. 18.) |

**I.    BACKGROUND**

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on February 8, 2013.  (Doc. 1.)

**II.    PLAINTIFF'S THIRD AMENDED COMPLAINTS**

On May 16, 2014, the court issued an order dismissing Plaintiff's Second Amended Complaint for failure to state a claim, with leave to amend within thirty days.  (Doc. 13.)  On May 29, 2014, June 4, 2014, and June 16, 2014, Plaintiff submitted Third Amended

Complaints, each one different from the others. (Docs. 16, 17, 18.) On June 16, 2014, the court issued an order requiring Plaintiff to notify the court of his intentions in submitting three Third Amended Complaints. (Doc. 19.)

On June 23, 2014, Plaintiff filed a response to the court's order, notifying the court that he intends to proceed with the Third Amended Complaint lodged on June 11, 2014. (Doc. 20.) Therefore, the court shall strike Plaintiff's other two Third Amended Complaints.

### III.   ORDER

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's Third Amended Complaint filed on May 29, 2014, is STRICKEN from the record;
2. Plaintiff's Third Amended Complaint lodged on June 4, 2014, is STRICKEN from the record;
3. The Clerk of Court is directed to FILE the Third Amended Complaint which was lodged on June 11, 2014; and
4. The court shall screen the Third Amended Complaint in due time.

IT IS SO ORDERED.

Dated:   **June 25, 2014**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE