UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | 1:13-cv-00210-GSA-PC |
| Plaintiff, | ORDER STRIKING THIRD AMENDED COMPLAINT FOR LACK OF SIGNATURE (Doc. 22.) |
| vs. | |
| RENEE MEDINA, et al., | ORDER FOR PLAINTIFF TO FILE A FOURTH AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |
| Defendants. | |

**I.   BACKGROUND**

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint initiating this action on February 8, 2013.  (Doc. 1.)  On June 11, 2014, Plaintiff filed the Third Amended Complaint.  (Doc. 22.)

**II.   DISCUSSION**

The Third Amended Complaint is unsigned.  (Doc. 22 at 6.)  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, Plaintiff's Third Amended Complaint shall be stricken from the record for lack of

signature. Plaintiff shall be afforded an opportunity to file a Fourth Amended Complaint which bears his signature and is signed under penalty of perjury.[1]

### III.  CONCLUSION

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's Third Amended Complaint, filed on June 11, 2014, is STRICKEN from the record for lack of Plaintiff's signature, with leave to amend;
2. The Clerk's Office shall send Plaintiff a civil rights complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a Fourth Amended Complaint which bears Plaintiff's signature and is signed under penalty of perjury;
4. Plaintiff shall caption the amended complaint "Fourth Amended Complaint" and refer to the case number 1:13-cv-00210-GSA-PC; and
5. If Plaintiff fails to comply with this order, this action will be dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:  **April 7, 2015**                **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Fourth Amended Complaint must be dated and signed by Plaintiff, attesting under penalty of perjury to facts known by the declarant, in substantially the following form: "I declare under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)." Such a declaration, if properly prepared, is admissible in federal court with the same effect as an affidavit. 28 U.S.C. § 1746.